**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nancy Stomberg GEE, Defendant–Appellant.**

**No. 06–30353.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 23, 2007.

Joseph E. Thaggard, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

John P. Rhodes, Esq., Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Nancy Stomberg Gee appeals from the sentence imposed following her guilty-plea conviction for conspiracy to possess with intent to distribute and to distribute methamphetamine, possession with intent to distribute methamphetamine, and distribution of methamphetamine, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

The district court erred by concluding that, in light of the Supreme Court's holding in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), it could not apply the safety valve statute, 18 U.S.C. § 3553(f). *See United States v. Cardenas–Juarez,* 469 F.3d 1331, 1334 (9th Cir.2006). We vacate the sentence and remand for resentencing without regard to the mandatory minimum.

**VACATED and REMANDED for resentencing.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

